JOHN HEY et al., Respondents, v. GERHARD COLLMAN, Appellant.

*Hey* v. *Collman*, 78 App. Div. 584, affirmed.
(Submitted February 1, 1905; decided February 21, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 21, 1903, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*John J. Beattie* for appellant.

*M. N. Kane* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

FRANCES S. JANEWAY, Respondent, v. HENRY BURN et al., as Trustees under the Provisions of the Agreement for the Dissolution of the NATIONAL WALL PAPER COMPANY, Appellants.

*Janeway* v. *Burn*, 91 App. Div. 165, affirmed.
(Argued February 1, 1905; decided February 21, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 19, 1904, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

*Louis Marshall* for appellants.

*L. Laflin Kellogg* and *Alfred C. Petté* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: CULLEN, Ch. J.